# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 FEB -4 AM 10: 01

CLERK _____
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**DUBLIN DIVISION**

IN RE: SARALAND, LLLP,   *
         *   Case No. 314-140
   Debtor.     *   (Bankr. Case No. 12-30113)

---

## O R D E R

---

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _4th_ day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE