ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: SARALAND, LLLP,　　*
　　　　　　　　　　　　　　*　　Case No. 314-140
　　　Debtor.　　　　　　　*　　(Bankr. Case No. 12-30113)

## O R D E R

On March 23, 2015, the Eleventh Circuit Court of Appeals dismissed Mr. Harrell's appeal in this case. On April 15, 2015, the Clerk of Court placed Mr. Harrell's motion to reinstate the appeal on the docket of this case. This Court is without authority to grant the relief requested. Accordingly, the motion to reinstate appeal is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE